IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIE SHUBRICK, JR. )<br>Defendant, )<br>)<br>and )<br>)<br>SUNSHINE CLEANING SYSTEMS, INC., )<br>Garnishee. ) | CASE NO. DNCW3:03MJ193<br>(Financial Litigation Unit) |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 19) filed May 23, 2017. Having carefully considered the motion, and for the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 19) filed in this case against Defendant Willie Shubrick, Jr. is **DISMISSED**.

**SO ORDERED**.

Signed: May 23, 2017

David C. Keesler
United States Magistrate Judge